UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEANNE M. SMITH, et al.,
     Plaintiffs,

v.                                                        Case No.: 3:24cv274/MCR/ZCB

COLEMAN COASTAL
CONSTRUCTION LLC, et al.,
     Defendants.
_____/

## **ORDER**

This matter is before the Court on Plaintiffs' "Motion for Case Management Conference for Mediation Scheduling or, Alternatively, to Modify the Scheduling Order" (Doc. 138).  The motion explains that there has been difficulty in scheduling mediation by the Court-imposed deadline of July 17, 2026.  According to the motion, counsel for some of the parties appear not to be participating in conferrals or otherwise responding to requests related to scheduling matters in this case.  (*See* Doc. 138 at 8, 10).  The Court should not have to play the role of calendar assistant.  Nor should it have to order counsel for the parties to respond to conferral requests or otherwise work together to handle scheduling matters.  *See* N.D. Fla. Loc. R. 7.1(B) (setting forth the conferral requirements for motions).

1

Counsel for the parties are **ORDERED** to confer in-person, by videoconference, or by telephone regarding the issues raised in Plaintiffs' motion (Doc. 138).[1]  That conference must occur by **5:00 p.m. (central) on Friday, May 8, 2026.**  By **5:00 p.m. (central) on Wednesday, May 13, 2026**, counsel for Matthew and Brittney Page, counsel for Coleman Coastal Construction LLC, counsel for Coastal Affaire LLC, counsel for Zion Builders, Inc., and counsel for Cartercraft Roofing, Inc., shall each file a response to the Plaintiffs' motion (Doc. 138).  In their responses, counsel should state the date the conference ordered above occurred and the duration of that conference.  The responses should also provide any argument regarding the merits of Plaintiffs' motion (unless the conference has resulted in a resolution of the issues raised in Plaintiffs' motion, in which case the responses should state the resolution).

SO ORDERED[2] this the 4th day of May 2026.

s/ Zachary C. Bolitho
Zachary C. Bolitho
United States Magistrate Judge

---

[1] A joint conference would be best and likely most productive.  But if a joint conference cannot occur, then what the Court is requiring is that counsel for each party confer with Plaintiffs' counsel individually regarding Plaintiffs' motion.

[2] Failure to comply with this order will result in sanctions.